M1

FILED BY _____ D.C.
05 JUN -7 PM 3:49

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

FILED BY ___CAS___ D.C.
2005 JUN -6 PM 3:26

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

                      No. 04-20256-MI

LATRUNTA Y. HOUSTON,

    Defendant.

**MOTION GRANTED**
Reset Friday
July 8, 2005 at 9:30 a.m.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

June 7, 2007
DATE

## MOTION TO RESET RESETTING

Comes now counsel for Defendant, LATRUNTA Y. HOUSTON, and would request this Honorable Court to consider a date for sentencing different from that on the Notice of Re-Setting received on this date. Counsel has a pre-paid ethics seminar on Wednesday, June 22, 2005, and said requirement must be met by July 1, 2005.

In light of this predicament, any leeway that the court might offer would be appreciated.

RESPECTFULLY SUBMITTED,

_____
John Priest Pritchard  #10583
Attorney for Defendant
243 Exchange Avenue
Memphis, TN 38105
Telephone: (901) 527-6520

## CERTIFICATE OF SERVICE

I, John Priest Pritchard, certify that a copy of the foregoing has been properly served upon the office of Carroll L. Andre, Assistant United States Attorney, 800 Federal Building, 167 North Main Street, Memphis, Tennessee 38103, via U.S. Mail, postage pre-paid, on this the ____6____ day of ____June____, 2005.

_____
John Priest Pritchard

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  6-8-05

151

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 151 in case 2:04-CR-20256 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Johnny Pritchard
PRITCHARD LAW FIRM
243 Exchange Avenue
Memphis, TN 38105

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT